| Ex Parte | 2010 TSPR 184 |
|---|---|
| Pedro O. Pomales Toledo | 179 DPR \_\_\_\_ |

Número del Caso: TS-4580

Fecha: 19 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Pedro O. Pomales Toledo          4580

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Juez Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

RESOLUCIÓN

San Juan, Puerto Rico, a  19  de agosto de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por el Lcdo. Pedro O. Pomales Toledo, así como la comunicación presentada por la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo